# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT McCARTHY

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07-05860 RMW RS

V.

STEVENS CREEK MOTORS, INC. dba AUTOWEST ACURA OF STEVENS CREEK; ROBERT E. SYKES, Trustee; PATRICIA A. SYKES, Trustee; AND DOES 1 Through 10, Inclusive

TO: (Name and address of defendant)

ROBERT E SYKES, Trustee
26932 Beatrice Lane
Los Altos Hills, CA 94022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PINNOCK & WAKEFIELD
David C. Wakefield, Esq. Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: 619.858.3671
Facsimile: 619.858.3646

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 2 1 2008
DATE

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK