# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

ROBERT McCARTHY

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07-05860 RMW RS

V.

STEVENS CREEK MOTORS, INC. dba AUTOWEST ACURA OF STEVENS CREEK; ROBERT E. SYKES, Trustee; PATRICIA A. SYKES, Trustee; AND DOES 1 Through 10, Inclusive

TO: (Name and address of defendant)

STEVENS CREEK MOTORS, INC. dba AUTOWEST ACURA OF STEVENS CREEK
c/o CORPORATION SERVICE CO., Registered Agent
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PINNOCK & WAKEFIELD
David C. Wakefield, Esq. Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: 619.858.3671
Facsimile: 619.858.3646

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  APR 2 1 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK